IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER JENKINS,

Defendant.                                                          No. 13-cr-30170-DRH-3

## MEMORANDUM & ORDER

**HERNDON, Chief Judge:**

  This matter was referred to United States Magistrate Judge Stephen C. Williams for the specific purpose of conducting a change of plea for defendant Christopher Jenkins, pursuant to 28 U.S.C. § 636, Local Rule 72.1(b)(2) and defendant Jenkins (Doc. 78). Pursuant to Federal Rule of Criminal Procedure 11, the change of plea hearing was held on April 3, 2014 (Doc. 77). During the change of plea, defendant Jenkins pled guilty to Counts 1 and 2 of the Indictment following a thorough colloquy with Judge Williams. Thereafter, Judge Williams issued a Report and Recommendation ("the Report") recommending that the Court accept defendant Jenkins' plea of guilty (Doc. 81).

  In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an objection. And further, defendant Jenkins affirmatively states he has no objection to the Report (Doc. 83). Therefore, the Court **ADOPTS** the Report in its entirety.

Thus, based on the record in the case, the recommendation of the Magistrate Judge, the consent of the defendant to plead before the magistrate without subsequent objection, it is the finding of the Court in the case of *United States v. Christopher Jenkins*, that defendant Jenkins was fully competent and capable of entering an informed plea, that defendant Jenkins was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offenses. Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** defendant Christopher Jenkins **GUILTY** on Counts 1 and 2 of the Indictment. The Court **REMINDS** the parties that this matter is set for sentencing on July 25, 2014, at 1:30 p.m.

**IT IS SO ORDERED.**

Signed this 24th day of April, 2014.

Digitally signed by David R. Herndon
Date: 2014.04.24 15:48:23 -05'00'

**Chief Judge**
**United States District Court**